FILED
SUPERIOR COURT
OF GUAM

2014 DEC 17 PM 1: 24

CLERK OF COURT

BY: _____

IN THE SUPERIOR COURT
OF GUAM

THE PEOPLE OF GUAM,                )        CRIMINAL CASE No. CF0699-13
                                   )
                                   )
            v.                     )
                                   )        **DECISION AND ORDER**
                                   )
JOHN ARRIOLA,                      )
                                   )
                   Defendant.      )
_____)

## INTRODUCTION

This matter is before the Honorable Judge Michael J. Bordallo. Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Defendant's motions to dismiss and acquit were taken under advisement on November 23, 2014. The People are represented by Assistant Attorney General, Elizabeth Vasiliades. Defendant is represented by Assistant Public Defender Maria G. Fitzpatrick. Having reviewed the memorandum and papers presented, the Court now issues the following decision denying Defendant's motions.

## BACKGROUND

On January 7, 2014 an indictment was entered charging Defendant with 1) Kidnapping, as a First Degree Felony; 2) Terrorizing, as a Third Degree Felony; 3) Family Violence, as a Misdemeanor; 4) Family Violence, as a Misdemeanor; 5) Assault, as a Misdemeanor; and 6) Violation of a Court Order, as a Misdemeanor. After a trial a jury, on September 24, 2014, found Defendant guilty of the misdemeanor charge of violation of a court order and acquitted

Page 1 of 3

him of the charges of: 1) Kidnapping, as a Second Degree Felony; 2) Unlawful Restraint, as a Misdemeanor and lesser included of Kidnapping; 3) Family Violence, as a Misdemeanor; 4) Family Violence as a Misdemeanor; and 5) Assault, as a Misdemeanor.

On October 14, 2014, Defendant filed a motion to dismiss the charge of violation of a court order and for judgment of acquittal. Mot. at 1. In support of his motion Defendant argues that there was no evidence presented to the jury of a valid court order whose terms he violated, the protective order at issue only protecting the minor child. *Id.* at 2. He further argues and asserts that the sixth charge of the indictment is defective. *Id.* at 2-3. Accordingly he requests that the charge be dismissed.

The People filed its objection on October 27, 2014. Opp. at 1. In it the People argue that protective order included within its scope family members of the minor child, to wit as supported by testimony, the victim Charlene Meno.

Defendant did not file a paper in reply.

## DISCUSSION

This past July the Guam Supreme Court explained that when reviewing a motion for acquittal, "the trial court is concerned with the existence or nonexistence of evidence, not its weight, and this standard remains constant even when the People rely exclusively on circumstantial evidence." *People v. Mendiola*, 2014 Guam 1 ¶ 14. It further held that "the reviewing court must determine if any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *Id.* at 14. In this case the parties stipulated to the admission of the order of conditional release in Superior Court of Guam case number CM1012-13. They further stipulated that the order was in a case where the victim was the

minor child of the Defendant and the victim. Mot. at 2. The order provides in paragraphs three and four,

> 3. NO CONTACT / STAY AWAY: Defendant is ordered to stay away from and have no contact with the victims(s), either in person, through a third party, by telephone, by letter, or otherwise, including any specified witness or witnesses, Defendant shall stay away from the victim(s), his/her/their residence, dwelling, place of employment, school, day care center, establishment, or any family or social function.
> 4. NO THREATS /ASSAULT /HARASSMENT: Defendant is restrained from threatening to commit or committing acts of family violence against, or from harassing, annoying, or molesting the victims(s), or the other family or household members, or any person named in the complaint or indictment or this order.

*People v. Arriola*, CM1012-13, at 1 (Super. Ct. Guam Dec. 2. 2013). Under the above standard the Court finds that paragraph 4 of the above order in addition to the testimony presented to the jury of Defendant's threats against the victim were sufficient under the above standard.[1]

## CONCLUSION

Based on the foregoing, Defendant's motions to dismiss and acquit are denied.

SO ORDERED, this _17th_ day of _December_ 2014.

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of:

Date: 12/17/14 Time: 3:30 pm

Deputy Clerk, Superior Court of Guam

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

[1] Defendant additionally makes the argument that the last charge should be dismissed for insufficiency of the indictment. Mot. at 3. Absent from Defendant's argument is any justification for challenging the indictment at this late date or authority allowing the Court to now consider it. *Id.* Absent this the Court is unable to consider Defendant's request. 8 GCA § 65.15 (2013). Alternatively, under the appropriate standard the Court finds that charge six of the People's Indictment was sufficient. *Guam v. Jones*, 2006 Guam 13, ¶ 3. It lists the necessary statutory elements and contains sufficient factual information to adequately inform the Defendant and bar subsequent prosecution for the same offense. *Id.*

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM<br><br>VS.<br><br>John Reyes Camacho,<br><br>DOB:_____<br>Defendant. | Criminal Case No. CM 1072-13<br><br>FILED<br>SUPERIOR COURT<br>OF GUAM<br><br>2013 DEC -2 PM 2: 29<br><br>**ORDER OF CONDITIONAL RELEASE<br>AND APPEARANCE BOND**<br><br>CLERK OF COURT<br><br>BY:_____ |

**IT IS HEREBY ORDERED that the defendant is released from custody under the following conditions:**

☐ 1. *BAIL:* $_____1000_____ CASH/SECURED - UNSECURED/PR BOND must be posted before Defendant is released, which amount shall be forfeited in its entirety if Defendant fails to make any court appearances or violates any of the terms of this Release Order. As a condition of the Defendants release on this bond pursuant to Chapter 40 of the Criminal Code of Guam, it is understood and agreed that the Defendant must appear in person in the above-entitled Court in accordance with any and all directions and orders relating to his/her appearance in the above-entitled matter, as may be given or issued by the Court of any Judicial Officer thereof.

☑ 2. *APPEARANCES:* Defendant is ordered is appear next on _____ CM 12/18/13 C 10 _____, and shall appear at all further criminal trial proceedings.

☑ 3. *NO CONTACT / STAY AWAY:* Defendant is ordered to stay away from, and have no contact with the victim(s), either in person, through a third party, by telephone, by letter, or otherwise, including any specified witness or witnesses, . Defendant shall stay away from the victim(s), his/her/their residence, dwelling, place of employment, school, day care center, establishment, or any family or social function. Upon becoming aware of the victim's presence, or planned presence, Defendant is ordered to immediately leave the function, or establishment.

☑ 4. *NO THREATS/ASSAULT/HARASSMENT:* Defendant is restrained from threatening to commit or committing acts of family violence against, or from harassing, annoying, or molesting the victim(s), or other family or household members, or any person named in the complaint or indictment or in this order _____.

☐ 5. *THIRD PARTY CUSTODIAN):* 1._____ 2._____ is/are appointed Third Party Custodian(s) whose residence is _____ and having agreed to supervise the defendant in accordance with the conditions contained herein; to use every effort to assure the appearance of the defendant at all scheduled hearings before the Court, and to notify the Court immediately in the event the defendant violates any condition of his/her release or disappears. Defendant shall reside with Third Party Custodian(s).
Defendant must be accompanied by Third Party Custodian(s) at all times.
Signature 1._____ Tel. _____ 2._____ Tel._____.

☐ 6. *HOUSE-ARREST:* Defendant is under house-arrest and may not leave the above residence except for court appearances, to meet with Defense Counsel or the Probation Officer, to attend religious services, for emergency medical treatment, employment, or _____.

☐ 7. *CURFEW:* Defendant shall obey the following curfew: _____.

☑ 8. *FIREARMS:* Defendant shall not possess any firearms, or other deadly weapons. Any and all firearms or weapons, including identification card(s), must be removed from the Defendant's residence and surrendered to the Probation Office. Probation or the Guam Police is authorized to search Defendant's person, residence, or vehicle for firearms/weapons.

☑ 9. *ALCOHOL/DRUGS:* Defendant shall not possess, and/or consume any alcoholic beverages and/or illegal controlled substances. Defendant shall submit to random/weekly alcohol and/or drug testing at the request of the Probation Office. Failure to submit to such testing will be considered a violation. Probation or the Guam Police are authorized to search Defendant's residence, vehicle, or person for alcoholic beverages and/or illegal controlled substance(s). Defendant shall not enter any alcohol establishment(s).

☐ 10. *CO-DEFENDANTS/FELONS:* Defendant shall have no contact with co-defendant(s) either in person, be telephone, by letter, through a third party, or any other method. Defendant shall not associate with any known felons.

☑ 11. *REPORTING:* Defendant shall report to the Probation Office ☐ in person ☐ by telephone: ☑ Weekly; ☐ Monthly.

☑ 12. *TRAVEL:* Defendant must turn in his/her passport to the Probation Office. Defendant cannot leave Guam without permission of the Court.

☐ 13. *OTHER REQUIREMENTS:* _____.

14. **DEFENDANT SHALL OBEY ALL FEDERAL AND LOCAL LAWS, AND ABIDE BY ALL REASONABLE TERMS SET OUT BY PROBATION. DEFENDANT SHALL REPORT TO PROBATION OFFICE IN PERSON BEFORE 4:00PM ON THE NEXT WORK DAY FOLLOWING THEIR RELEASE FROM CUSTODY.**
TO ALL PEACE OFFICERS: This Order shall be enforced by all peace officers.
SO ORDERED: \_\_\_\_\_12/02/13\_\_\_\_\_.

**HONORABLE ALBERTO E. TOLENTINO**
**Magistrate Judge, Superior Court of Guam**

(Continued on Back)